176 So. 919

**Hugh BARNHILL v. STATE.**

**4 Div. 321.**

Court of Appeals of Alabama.
Nov. 9, 1937.

BRICKEN, Presiding Judge.
Appeal dismissed.

188 So. 922

**Joe Frank BARNHILL v. STATE.**

**4 Div. 485.**

Court of Appeals of Alabama.
April 4, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

181 So. 917

**Irwin BARRETT v. STATE.**

**8 Div. 636.**

Court of Appeals of Alabama.
May 24, 1938.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Appeal dismissed.

189 So. 918

**Jimmie BARROW, alias Junior O'Barr
v. STATE.**

**6 Div. 443.**

Court of Appeals of Alabama.
May 2, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

176 So. 919

**Roy BEAN v. STATE.**

**4 Div. 362.**

Court of Appeals of Alabama.
Nov. 9, 1937.

RICE, Judge.
Affirmed.

178 So. 921

**Belton BEARD v. STATE.**

**8 Div. 563.**

Court of Appeals of Alabama.
Feb. 1, 1938.

RICE, Judge.
Appeal dismissed.